This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                 **NO. 35,700**

**CODY RUIZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Mark T. Sanchez, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Templeman and Crutchfield
C. Barry Crutchfield
Lovington, NM

for Appellant

### MEMORANDUM OPINION

**ZAMORA, Judge.**

{1}     Defendant Cody Ruiz appeals from his judgment and sentence, entered pursuant to a plea agreement, convicting him of two counts of homicide by vehicle. This Court

proposed to reverse on the summary calendar. The State filed a pleading entitled "State's Notice of Non-Filing a Memorandum in Opposition," indicating its intent not to file a memorandum in opposition to this Court's proposed disposition. Accordingly, for the reasons stated in the notice of proposed disposition, we reverse and remand to the district court for entry of an amended judgment and sentence removing the serious violent offenses designation.

**IT IS SO ORDERED.**

                              _____

                              **M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**TIMOTHY L. GARCIA, Judge**